IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROBISON FARMS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-04089-KGS |
| | ) |
| **ADM ALLIANCE NUTRITION, INC.,** | ) |
| **and AGRESEARCH, INC.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court upon defendants' Unopposed Motion to Substitute Redacted Exhibit to Defendants' Memorandum in Support of Motion for Summary Judgment (Doc. 87)**.** The motion indicates that plaintiff does not oppose the request. Accordingly, and for good cause shown**,**

IT IS THEREFORE ORDERED that defendant submit a redacted version of Exhibit E in its entirety to the Clerk's office. The Clerk's office is directed to substitute this redacted submission with Exhibit E to Defendants' Memorandum in Support of Motion for Summary Judgment (Doc. 71).

IT IS SO ORDERED.

Dated this 1st day of March, 2007, at Topeka, Kansas.

                                                    s/ K. Gary Sebelius

                                                    K. Gary Sebelius

                                                    U.S. Magistrate