IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| ROBISON FARMS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADM ALLIANCE NUTRITION, INC. and )<br>AGRESEARCH, INC., )<br>)<br>Defendants. ) | Case No.: 5:05-CV-04089-RDR-KGS |

## ORDER

This matter comes before the Court upon Defendant AGresearch, Inc.'s Motion to Substitute Redacted Attachment 11 to Defendant's Bill of Costs (Doc. 92). Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED that Defendant AGresearch, Inc. submit a redacted version of Attachment 11 in its entirety to the Clerk's office. The Clerk's office is directed to substitute this redacted submission with Attachment 11 to Defendant AGresearch, Inc.'s Bill of Costs (Doc. 92).

IT IS ORDERED.

DATED this 6th day of December, 2007.

                                                  s/ K. Gary Sebelius
                                                Judge K. Gary Sebelius
                                                U.S. Magistrate Judge